**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                                          Case No. 3:08cr63/MCR

FERNANDO GONZALEZ-LOPEZ

_____/

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture from the defendant, **FERNANDO GONZALEZ-LOPEZ,** pursuant to Title 18, United States Code, 924(d)(1).  The defendant's interests in any and all firearms involved in the violations set forth in Count One of the Indictment and/or any firearms used to facilitate the commission of the offenses charged in Counts One and/or represented proceeds derived or derivable therefrom;

AND WHEREAS, on or about August 20, 2008, the defendant, **FERNANDO GONZALEZ-LOPEZ,** pled guilty to Counts One and Two of the Indictment pursuant to a plea agreement;

AND WHEREAS, by virtue of said plea agreement, the United States is now entitled to entry of a Preliminary Order of Forfeiture against all of the defendant's interest in said property, pursuant to Title 18, United States Code, Sections924(d)(1), and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

**IT IS HEREBY ORDERED:**

1.    That all of the defendant's rights and interest in the items described below is hereby forfeited to and vested in the United States of America.

2. That the items which are subject to forfeiture in this Order are as follows:

    **(a)** **A .25 caliber Raven Arms handgun seized June 3, 2008, at the residence located at 5225 C Statler Avenue.**

    **(b)** **A .22 caliber Mossberg rifle seized June 3, 2008, at the residence located at 5225 C Statler Avenue.**

3. That a Preliminary Order of Forfeiture is hereby entered in favor of the United States against the defendant, **FERNANDO GONZALEZ-LOPEZ,** pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 8th day of September, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**